UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL WEBB,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LOPEZ,<br><br>    Defendant. | 1:14-cv-01846-GSA (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Donnell Webb ("Plaintiff") is a former prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. This case was filed on November 3, 2014. (Doc. 1.) On December 4, 2014, Plaintiff filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. (Doc. 6.) However, Plaintiff's application was submitted on the form for a prisoner, and Plaintiff is not a prisoner at this time. Plaintiff shall be granted time to file the appropriate form.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a regular civil in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file a completed regular civil in forma pauperis application or pay the $400.00 filing fee in full.

Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **January 16, 2015**         /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE