UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL WEBB, Plaintiff, v. J. LOPEZ, Defendant. | 1:14-cv-01846-GSA (PC) ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Document# 9) |

Plaintiff is a former prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.

In the instant action, plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, the application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   **February 5, 2015** **/s/ Gary S. Austin**
 UNITED STATES MAGISTRATE JUDGE